UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK    Attorney: VIRGINIA & AMBINDER, LLP - 1265

ALI LYOUSSI ET AL

                                 Plaintiff(s)

- against -

MOUSTACHE LEX LLC D/B/A MOUSTACHE PITZA ET AL

                                 Defendant(s)

Index #: 12 CV 3361

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on May 5, 2012 at 03:36 PM at

3 FORDHAM HILL OVAL APT 12B
BRONX, NY 10468

deponent served the within true copy/copies of the SUMMONS & COMPLAINT on SALAM AL-RAWI, the defendant/respondent therein named,

**SUITABLE AGE**     by delivering thereat a true copy/copies of each to JOHN SMITH, REFUSED TRUE NAME a person of suitable age and discretion. Said premises is the defendant's/respondent's dwelling house within the state. He identified himself as the CO-TENANT of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | BLACK | 46 | 5'8 | 160 |

**MAILING**     Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's last known residence at

3 FORDHAM HILL OVAL APT 12B
BRONX, NY 10468

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 7, 2012 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**     Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 7, 2012

| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | GOTHAM PROCESS INC. | WILLIAM MORRISON |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 870436 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: *808529* |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2014 | Commission Expires April 18, 2013 | | |