## CONSENT TO JOIN COLLECTIVE ACTION FOR UNPAID WAGES

By signing below, I wish to participate in a lawsuit to recover any unpaid wages that may be owned to me under the Federal Fair Labor Standards Act against ___Moustache___.

I hereby appoint Lloyd Ambinder of the law firm of Virginia & Ambinder, LLP 111 Broadway, New York, NY 10006, Room 1403, telephone (212) 943-9080 and Jeff Brown of the law firm of Leeds, Morelli & Brown, P.C., One Old Country Road, Suite 347, Carle Place, NY 11514 (516) 873-9550 as my attorneys.

Name (Print) __Wissam El masri__

Address: ___[redacted]___

City ___[redacted]___ Zip Code: ___[redacted]___ Apt. ___[redacted]___

Telephone: ___[redacted]___

E-Mail: ___[redacted]___

SIGNATURE: ___[signature]___ DATE: __May 16 - 2012__