UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ALI LYOUSSI, Individually and on behalf of all other persons similarly situated who were employed by MOUSTACHE LEX LLC d/b/a MOUSTACHE PITZA, BEDFORD PITZA CORP. d/b/a MOUSTACHE PITZA and/or any other entities controlled by MOUSTACHE LEX LLC, BEDFORD PITZA CORP., and SALAM AL-RAWI, individually, | |
| Plaintiffs, | 12 Civ. 3361 (WHP)(AJP) |
| -against- | |
| MOUSTACHE LEX LLC d/b/a MOUSTACHE PITZA, BEDFORD PITZA CORP. d/b/a MOUSTACHE PITZA and/or any other entities Affiliated with, controlling, or controlled by MOUSTACHE LEX LLC, BEDFORD PITZA CORP., and SALAM AL-RAWI, individually, | |
| Defendants. | |

## RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Moustache Lex LLC and Bedford Pitza Corp. (private non-governmental parties) certifies that the following are the corporate parents of Moustache Lex LLC and Bedford Pitza Corp. and any publicly held corporation that owns 10% or more of the stock of

NEWYORK/#296481.1

Moustache Lex LLC and Bedford Pitza Corp.:

**None.**

Dated: June 15, 2012

                Respectfully submitted,

                VEDDER PRICE P.C.

                By:  */s/ Jonathan A. Wexler*
                    Jonathan A. Wexler (JW 5587)

                Attorneys for Defendants Moustache Lex LLC,
                Bedford Pitza Corp., and Salam Al-Rawi

                1633 Broadway – 47th Floor
                New York, New York  10019
                (212) 407-7700
                (212) 407-7799
                jwexler@vedderprice.com